**BRYAN CAVE LLP**
Tracy M. Talbot, California Bar No. 259786
Alexandra C. Whitworth, California Bar No. 303046
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:(415) 675-3400
Facsimile: (415) 675-3434
E-Mail:       tracy.talbot@bryancave.com
              alex.whitworth@bryancave.com

Attorney for Defendants
HSBC BANK USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP1 (erroneously sued as HSBC Bank USA, N.A.); OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HENARD, an individual; NEIDIN HENARD, an individual<br><br>            Plaintiffs,<br><br>    vs.<br><br>HSBC BANK USA, N.A.; OCWEN LOAN SERVICING LLC; WESTERN PROGRESSIVE LLC; and DOES 1 through 10, inclusive,<br><br>            Defendants. | **CASE NO. 5:17-cv-1222**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-15; FRCP 7.1] |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. HSBC Bank USA, N.A. is the principal subsidiary of HSBC USA Inc., an indirect, wholly owned subsidiary of HSBC North America Holdings Inc. No publicly held corporation owns 10% or more of HSBC Bank USA, N.A.

2. Ocwen Loan Servicing, LLC is a limited liability company, with Ocwen Mortgage Servicing, Inc. as its sole member. Ocwen Mortgage Servicing, Inc. is a U.S. Virgin Islands corporation with a principal place of business in the U.S. Virgin Islands. One hundred percent of the common stock of Ocwen Mortgage Servicing, Inc. is owned by Ocwen Financial Corporation. Ocwen Financial Corporation is a publicly traded corporation, with no entity owning more than 10% of its stock.

3. Western Progressive, LLC is a Delaware Limited Liability Company and a wholly owned subsidiary of Altisource Portfolio Solutions S.A. Altisource Portfolio Solutions S.A. is a *société anonyme* chartered under the laws of the Grand Duchy of Luxembourg and its stock is traded on the NASDAQ Global Select Market as a foreign entity, and no publicly traded corporation owns 10% or more of its stock.

Dated: March 8, 2017

**BRYAN CAVE LLP**
Tracy M. Talbot
Alexandra C. Whitworth

By: */s/ Alexandra C. Whitworth*
Alexandra C. Whitworth
Attorneys for Defendant
OCWEN LOAN SERVICING, LLC