UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH HENARD, et al.,<br>　　　　Plaintiffs,<br>　v.<br>HSBC BANK USA, N.A., et al.,<br>　　　　Defendants. | Case No. 5:17-cv-01222-EJD<br><br>**ORDER TO SHOW CAUSE** |

On October 25, 2017, the court issued an order dismissing all claims asserted in Plaintiffs' complaint, some with leave to amend, and requiring that any amended complaint be filed on or before November 15, 2017. Dkt. No. 42. As of the time this order was filed, an amended complaint has not been filed as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiffs do not, by **4:00 p.m. on November 17, 2017**, file an amended complaint in a manner consistent with the October 25th order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: November 16, 2017

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:17-cv-01222-EJD
ORDER TO SHOW CAUSE

1